AO 91 (Rev. 11/11)  Criminal Complaint

**FILED**

March 09, 2026
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: _____Joseph Hinojos_____
DEPUTY

# UNITED STATES DISTRICT COURT
## for the
### Western District of Texas

| | | |
|---|---|---|
| United States of America<br>v.<br>Johnathan Eugene BOONE (1), &<br>Mariah Lynn BOONE (2),<br><br><br>_____<br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No.  **PE: 26-MJ-69** |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of ___Oct 25, 2024 and Feb 6, 2026___ in the county of ___Ward___ in the ___Western___ District of ___Texas___ , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 USC 2252A(a)(2) | Receipt and Distribution of Child Pornography |
| 18 USC 2252A(a)(5)(B) | Possession of Child Pornography |

This criminal complaint is based on these facts:

☑ Continued on the attached sheet.

Complaint sworn to in my presence and signed
electronically on this date.
FED.R.CRIM.P. 4.1(b)(2)(A)

Date: ___03/09/2026___

City and state: ___Alpine, TX___

GABRIELLE A
KENDALL

Digitally signed by GABRIELLE A
KENDALL
Date: 2026.02.27 13:49:35 -06'00'

_____
*Complainant's signature*

Gabby Kendall, Special Agent
_____
*Printed name and title*

_____
*Judge's signature*

David Fannin, United States Magistrate Judge
_____
*Printed name and title*

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
Pecos Division

I, Gabrielle Kendall, being duly sworn, depose and state as follows:

PROBABLE CAUSE

On January 23, 2026, the Ward County Sheriff's Office (WCSO) received information regarding the sexual exploitation of a minor. The report alleged that a minor Female Victim (MV1), was being sexually exploited and abused by Mariah Lynn BOONE and Johnathan Eugene BOONE. MV1 Also stated that both Defendants would take turns recording while the other was performing sexual acts on MV1.

On February 4, 2026, HSI Alpine acquired a Search Warrant for the cellular telephones of Mariah BOONE and Johnathan BOONE with The Honorable David B. Fannin. On February 6, the cellular telephone of Mariah BOONE was seized and a search was conducted of the contents. The cellular phone in question is a Samsung Galaxy S23 Ultra, which was manufactured outside of the United States and therefore, was transported in Interstate and Foreign Commerce. On Mariah BOONE's cellular phone, Agents found images of minor children engaged in sexually explicit conduct, including three (3) photos of MV1 engaged in sexually explicit conduct. The images were of MV1 performing oral sex on Johnathan BOONE with Mariah BOONE naked in the background. The images were created by Johnathan BOONE and sent to Mariah BOONE. Agents also found sexually explicit messages between Mariah BOONE and Johnathan BOONE, specifically messages where Johnathan BOONE sent Mariah BOONE four (4) images of minors engaged in sexually explicit conduct. The cellular device of Johnathan BOONE was not located.

CONCLUSION

Based on the facts and circumstances stated above, I submit that there is probable cause to believe Johnathan Eugune BOONE committed a violation of Title 18, United States Code, Section § 2252A(a)(2), by distributing child pornography to Mariah Lynn BOONE, Mariah Lynn BOONE committed a violation of Title 18, United States Code, Section § 2252A(a)(2), by receiving child

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
Pecos Division

pornography from Johnathan Eugene BOONE, and Johnathan Eugene BOONE committed a violation of Title 18, United States Code, Section § 2252A(a)(5)(B) by possessing child pornography.

I declare under penalty of perjury the foregoing is true and correct to the best of my knowledge and belief.

GABRIELLE A KENDALL    Digitally signed by GABRIELLE A KENDALL
Date: 2026.02.27 13:50:05 -06'00'

Gabrielle Kendall
Special Agent
Homeland Security Investigations

The Honorable David B. Fannin
United States Magistrate Judge
Western District of Texas (Pecos Division)